UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE MENDOZA,

                              Respondent,

No. 19-CR-751(NSR)
ORDER

NELSON S. ROMÁN, United States District Judge

    Defendant Jose Mendoza is currently scheduled to be sentenced by the Court on May 8, 2020 at 2:00 p.m. following his guilty pleas to Count One of the Felony Information which charged him with distributing and possessing with intent to distribute forty (40) grams and more of fentanyl, in violation of 21 U.S.C. § 841(b)(1)(B).

    In the interest of justice, the Court appoints the Office of the Federal Defender, White Plains, to serve in the capacity of legal advisor to the Defendant Jose Mendoza. The respective parties are reminded that the Court has set a briefing schedule for submission of briefs concerning the applicable Guideline Sentencing range. In particular, the parties were directed to address whether Defendant is eligible for the safety valve exception to the minimum mandatory sentencing Guideline provisions. Defense Counsel is directed to serve and file his memorandum of law no later than April 9, 2020. The Government is directed to serve and file it's responsive memorandum of law no later than April 27, 2020. As the parties serve their respective documents, they are directed to provide two (2) courtesy copies to the Court's chambers. Additionally, Defense Counsel is directed to submit a sentencing memorandum no later than May 4, 2020.

    The Clerk of the Court is respectfully directed to mail a copy fo this order to the Federal Defender's Office.

    The constitutes the Court's order.

Dated: March 13, 2020
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge