UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

JOSE MENDOZA,

               Defendant.

-------------------------------------------------------x

**ORDER**

19 Cr.751-01 (NSR)

**ROMÁN, U.S. District Judge:**

The attorney ____Harvey J. Slovis____ privately retained to represent defendant is hereby ordered
                    Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to

____James Neuman____ , CJA counsel.
    Attorney's Name

In addition, counsel Susanne Brody, appointed as legal advisor to Defendant, is also relieved.

The Court relies on the previously filed Financial Affidavit.

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
         April 29, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2020