**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 23, 2020

**By ECF**

The Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:   *United States v. Mendoza*, 19-cr-751 (NSR)

Dear Judge Roman:

    I am submitting this letter with the consent of defense counsel to request an approximately two week adjournment of the sentencing in this matter, which is currently scheduled for September 24, 2020. The parties are seeking this adjournment to allow the defense time to finalize a sentencing submission. Mr. Neuman was assigned as defense counsel on May 6, 2020, and his ability to prepare a sentencing memorandum and meet with his client was substantially delayed due to the coronavirus pandemic. Defense counsel anticipates, however, that he will file a sentencing submission by next week. Additionally, the parties note that the defendant does not intend to waive his right to be physically present at sentencing, and the parties consent to a longer adjournment if necessary to accommodate the defendant's physical presence at sentencing.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:   /s/ Christopher D. Brumwell
    Christopher D. Brumwell
    Assistant United States Attorney
    Tel:  (917) 710-0661

cc:   James Neuman (by email)

Defense Counsel directed to submit his sentencing memo on or before Oct. 8, 2020. The Government is directed to submit its sentencing memo on or before Oct. 15, 2020.  Counsel are directed to email to chambers copies of their memos. Upon consent of Defense counsel, the Government's request to adjourn the Sentencing from Sept. 24, 2020 until Oct. 30, 2020 at 1:00 pm or Nov. 4, 2020 at 11:00 am is granted. Clerk of the Court requested to terminate the motion (doc. 36).

Dated:  Sept. 26, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2020