UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE MENDOZA,

Defendant.

19 CR 751 (NSR)

SCHEDULING ORDER

NELSON S. ROMÁN, United States District Judge:

The in-person Sentencing in this case is scheduled for October 30, 2020 at 1:00 pm in Courtroom 218.

Dated: October 28, 2020
White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020